UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

DEBORAH POWE,

        Plaintiff,

vs.                                CASE NUMBER: 1:14-CV-00132-KD-B

BARRY A. FRIEDMAN & ASSOCIATES,
P.C., and DOES 1 through 10, inclusive,

        Defendants.

## JOINT MOTION TO DISMISS

Come now M. Brandon Walker, as Attorney for the Plaintiff, and Barry A. Friedman, as Attorney for the Defendants, and would move this Honorable Court to dismiss, with prejudice, the Complaint as filed by the Plaintiff.

WHEREFORE, premises considered, the parties hereto pray that this Honorable Court will grant said Joint Motion to Dismiss as prayed for.

_____
M. BRANDON WALKER
Attorney for Plaintiff
242 West Valley Avenue
Suite 312
Birmingham, Alabama 35209
Telephone: 205-417-2541

_____
BARRY A. FRIEDMAN
Attorney for Defendants
Post Office Box 2394
Mobile, Alabama 36652
Telephone: 251-439-7400